Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Fernando Rubio

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO RUBIO,<br><br>            Plaintiff,<br><br>       vs.<br><br>SAVE MART SUPERMARKETS, et al.,<br><br>            Defendants. | No. 1:11-CV-01947-AWI-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 29, 2012                    MOORE LAW FIRM, P.C.


                                           /s/Tanya E. Moore
                                           Tanya E. Moore
                                           Attorneys for Plaintiff Fernando Rubio

///

*Rubio v. Save Mart Supermarkets, et al.*
Notice of Voluntary Dismissal; Order

Page 1

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  February 29, 2012

CHIEF UNITED STATES DISTRICT JUDGE

*Rubio v. Save Mart Supermarkets, et al.*
Notice of Voluntary Dismissal; Order